(HC) Anderson vs. Felker, et al., Doc. 3

Case 2:06-cv-01668-MCE-EFB   Document 3   Filed 08/07/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH A. ANDERSON,

        Petitioner,        No. CIV S-06-1668 MCE PAN P

    vs.

T. FELKER, Warden, et al.,

        Respondents.       <u>ORDER</u>

                          /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma
2 pauperis form used by this district.
3 DATED: August 4, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp/004
ande1668.101a