IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH A. ANDERSON,

    Petitioner,               No. CIV S-06-1668 MCE EFB P

    vs.

T. FELKER, Warden, et al.,

    Respondents.         ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 5, 2007, respondents requested an extension of time to file and serve a response to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondents' January 5, 2007, request is granted and respondents have 30 days from the date this order is served to file and serve a response to the petition.

Dated: February 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE