IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH F. ANDERSON,

    Petitioner,                   No. CIV S-06-1668 MCE EFB P

    vs.

T. FELKER, et al.,

    Respondents.             ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 9, 2007, petitioner requested an extension of time to file a reply to respondents' answer. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's March 9, 2007, request is granted and petitioner has 30 days from the date this order is served to file a reply.

Dated: March 21, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE