IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH F. ANDERSON,

      Petitioner,                    No. CIV S-06-1668 MCE EFB P

   vs.

T. FELKER, et al.,

      Respondents.            ORDER

                                /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On April 20, 2007, petitioner requested an extension of time to file and serve a traverse. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's April 20, 2007, request is granted and petitioner has 30 days from the date of this order to file and serve a reply.

Dated: May 16, 2007.

                                       /s/ Edmund F. Brennan
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE