IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH A. ANDERSON,

    Petitioner,          No. CIV S-06-1668 MCE EFB P

    vs.

T. FELKER, et al.

    Respondents.          <u>ORDER</u>

_____/

    Petitioner is a prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondents have answered. On June 15, 2007, petitioner notified the Clerk of his intent voluntarily to dismiss this action. On October 24, 2007, respondent filed a statement of no opposition to this request.

    An action may be dismissed "by filing a stipulation of dismissal signed by all parties who have appeared in the action. Fed. R. Civ. P. 41(a)(1)(ii); *see also* Rule 11, Rules Governing Section 2254 Proceedings. The court finds the parties' filings constitute that stipulation.

    Accordingly, it hereby is ORDERED that the Clerk is directed to close this case.

Dated: November 1, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE